**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Michael Bruce Holmes
Attorney at Law
P. O. Dr. 790
Kinder LA 70648

**REHEARING ACTION: February 9, 2011**

**Docket Number: 10   00590-CA**

**SUCCESSION OF MARY LOUIDA ARCENEAUX LEFORT**

**Appealed from Jefferson Davis Parish Case No. P-31-97**

**BEFORE JUDGES:**

  **Hon. John D. Saunders**
  **Hon. J. David Painter**
  **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Ethel Fontenot Sacker Lefort** has this day been

  **DENIED.**

cc: Glenn W Alexander, Counsel for the Appellee